UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD STRIPLING, ) | CASE NO. C07-0449-JCC |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | REPORT AND RECOMMENDATION |
| ) | |
| RON VAN BOENING, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

On April 6, 2007, petitioner filed a petition for a writ of habeas corpus, asserting that he had been confined in a Washington state prison beyond his release date. (Dkt. #6 at 6). On April 11, 2007, while the petition was pending, petitioner was released from confinement.[1] (Dkt. #15, Ex. 2). Respondent argues in his answer that petitioner's release has rendered the petition moot. (Dkt. #13 at 4). The Court agrees. Because petitioner has been released and that is the only relief

---

[1] The Court notes that petitioner has not informed the Clerk of his current address and thus has failed to comply with Local Rule 41(b)(2). Because respondent has supplied petitioner's current address in the certificate of service attached to his answer (Dkt. #13 at 5), the Clerk shall change the docket sheet to reflect petitioner's new address.

REPORT AND RECOMMENDATION
PAGE -1

that he requested, there is no further relief that the Court may grant. Accordingly, the Court recommends that petitioner's petition for a writ of habeas corpus be dismissed as moot. A proposed Order accompanies this Report and Recommendation.

DATED this <u>17th</u> day of July, 2007.

Mary Alice Theiler
United States Magistrate Judge