01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 GERALD STRIPLING,           )  CASE NO. C07-0449-JCC
                              )
09     Petitioner,             )
                              )
10     v.                      )  ORDER DISMISSING § 2254
                              )  PETITION
11 RON VAN BOENING,            )
                              )
12     Respondent.             )
   _____ )
13

14      The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to

15 28 U.S.C. § 2254 (Dkt. No. 6), respondent's answer (Dkt. No. 13), the Report and

16 Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No.

17 18), any objections thereto, and the balance of the record, does hereby find and ORDER:

18      (1)   The Court ADOPTS the Report and Recommendation;

19      (2)   Petitioner's petition for a writ of habeas corpus (Dkt. No. 6) is DISMISSED as

20            moot; and

21
22

(3)   The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 20th day of August, 2007.

*/s/ John C. Coughenour*
John C. Coughenour
United States District Judge